PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

## FOR THE DISTRICT OF NEVADA

United States of America

v.                                                                 Crim No.  2:26CR00026

Santiago Valencia-Vidales

On September 6, 2024, the above named was placed on supervised release for a period of three (3) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release.  It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

Digitally signed by Victoria Willard
Date: 2026.03.06 12:14:44 -08'00'

_____

Victoria Willard
Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case are terminated.

Dated: March 6, 2026

_____

Cristina D. Silva
United States District Judge